AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>DJUNA GONCALVES, CODY GONCALVES, ANTHONY GONCALVES, CALVIN MENDES, a/k/a "40," CARLOS ANTUNES, JERMAINE GONSALVES, ANGLEO PINA, OZAIR PEREIRA, JOSEPH GREENE, and BRIAN DONAHUE<br><br>*Defendant(s)* | Case No. 18-MJ-2535-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 2018 to Present** in the county of **Plymouth** in the **_____** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | Conspiracy to possess with intent to distribute and to distribute Fentanyl and Cocaine. |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Abramoski, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/31/2018

_____
*Judge's signature*

City and state: Boston, MA

U.S. Magistrate Judge Marianne B. Bowler
*Printed name and title*