Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Joseph Greene                               **Case Number:**   18-CR-10468

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** June 15, 2020

**Original Offense:** Conspiracy to Distribute and to Possess with Intent to Distribute 100 Grams or More of Heroin, 400 Grams of More of Fentanyl, Cocaine, Cocaine Base, and Marijuana, in violation of 21 U.S.C. § 846, 21 U.S.C. §841(b)(1)(C)

**Original Sentence:** Time Served (26 days), followed by 36 months of supervised release

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** June 15, 2020

---

## PETITIONING THE COURT

[  ]   To extend the term of supervision for     years, for a total term of     years
[ X ]   To modify the conditions of supervision as follows:

**The defendant must stay away from 11 Albert Ave in Brockton, MA**

**The defendant must not associate with Calvin Mendes.**

### CAUSE

| **Violation** | **Nature of Noncompliance:** |
|---|---|
| I | **Violation of Standard Condition of Release:** **You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.** |

On September 5, 2021, the U.S. Probation Office received information that Mr. Greene went to the home of Ms. Eunice Correia, the mother of Mr. Greene's co-defendant Calvin Mendes, looking for her son. It should be noted that Ms. Correia resides at 11 Albert Ave in Brockton, MA.   During this interaction, Ms. Corria informed Mr. Greene that her son was not home, but facilitated a phone call between her son and Mr. Greene.   It was additionally reported that Mr. Greene returned to Ms. Correia's home looking for Mr. Mendes again on September 6, 2021 and September 7, 2021. While Mr. Greene did not make specific threats towards Mr. Correia he presented in an intimidating manner. At this time no charges have been filed.

On September 10, 2021, the undersigned U.S. Probation Officer met with Mr. Greene to address the above referenced conduct.   Mr. Greene admitted to going to Ms. Corriea's residence looking for Mr. Mendes

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

and that he and Mr. Mendes had been in communication, in direct violation of Mr. Greene's conditions of release.

    **II**    **Violation of Standard Condition of Release:  You must participate in a program for inpatient or outpatient substance abuse treatment as directed by the Probation Office, which program may include testing, not to exceed 50 drug tests per year to determine whether you have reverted to the use of alcohol or drugs.**

    A.    On the following dates, Mr. Greene failed to attend his scheduled drug testing in violation of the substance abuse treatment/testing program: 6/2/21; 7/16/21; 7/27/21; 8/31/21; and 9/2/21.   It should be noted that all other drug tests completed within this timeframe, absent those listed in Violation II.B., have returned negative for the presence of illicit substances.

    B.    On 8/20/21, Mr. Greene submitted a urine specimen for testing which returned positive for the presence of Marijuana.   Mr. Greene admitted to the U.S. Probation Officer that he consumed Marijuana prior to his scheduled drug test.

In response to the above referenced violation conduct, the undersigned U.S. Probation Officer proposed a modification to Mr. Greene's conditions of release to include a stay away order from Ms. Corriea's residence, and a further prohibition from associating with Mr. Calvin Mendes.  Mr. Greene agreed to this modification and a signed Waiver of Hearing to Modify Conditions of Supervised Release (Form 49) has been attached for the Court's review.   Additionally, Mr. Greene's violations pertaining to his use of Marijuana will be addressed by his treatment provider.  If Your Honor concerns with this course of action, it is respectfully requested that Your Honor indicate so in the space provided below.

Reviewed/Approved by:                                              Respectfully submitted,

*/s/ Christopher Foster*                                       */s/ Taylor Wertz*
Christopher Foster                                            by  Taylor Wertz
Supervisory U.S. Probation Officer                    U.S. Probation Officer
                                                              Date:      9/13/2021

**THE COURT ORDERS**
[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[  ]   The Modification of Conditions as Noted Above
[  ]   Other

                                                                                   Honorable Nathaniel M. Gorton,
                                                                                   U.S. District Judge

                                                                                  Date