PROB 49
(3/89)

# United States District Court

For the    District of    Massachusetts

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I, <u>Joseph Greene</u>, <u>Dkt No 0101 1:18CR10468-009</u>, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant must stay away from 11 Albert Ave in Brockton, MA.**

**The defendant must not associated with Calvin Mendes.**

Witness _Taylor Wentz, USPO_         Signed _____
         (U.S. Probation Officer)                    (Probationer or Supervised Releasee)

                                             _9/10/21_
                                              (Date)