```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS



                                        )
 UNITED STATES OF AMERICA,              )
                                        )
         Plaintiff,                     )
                                        )   Criminal Action
 v.                                     )   No. 18-CR-10468-NMG
                                        )   Pages 1 to 9
 DJUNA GONCALVES, CODY GONCALVES,       )
 ANTHONY GONCALVES, CARLOS ANTUNES,     )
 JERMAINE GONSALVES, JOSE PEREZ         )
 FELIX, ANTHONY TSINA, JOSEPH GREENE,   )
                                        )
         Defendants.                    )
                                        )


           BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE


                     STATUS CONFERENCE
                      Digital Recording


                       March 16, 2020



         John J. Moakley United States Courthouse
                    One Courthouse Way
                Boston, Massachusetts 02210




                   Linda Walsh, RPR, CRR
                  Official Court Reporter
         John J. Moakley United States Courthouse
              One Courthouse Way, Room 5205
                Boston, Massachusetts 02210
                   lwalshsteno@gmail.com
```

```
 1    APPEARANCES:

 2    On Behalf of the Government:

 3         UNITED STATES ATTORNEY'S OFFICE
           By: AUSA Alathea E. Porter
 4         1 Courthouse Way, Suite 9200
           Boston, Massachusetts 02210
 5         617-748-3318
           alathea.porter@usdoj.gov
 6
      On Behalf of the Defendant Djuna Goncalves:
 7
           BENZAKEN AND WOOD, LLP
 8         By: Jason G. Benzaken, Esq.
           1342 Belmont Street, Suite 102
 9         Brockton, Massachusetts 02301
           508-897-0001
10         Attorneybenzaken@gmail.com

11    On Behalf of the Defendant Cody Goncalves:

12         IAN GOLD, ATTORNEY AT LAW
           185 Devonshire Street, Suite 302
13         Boston, Massachusetts 02110
           617-297-7686
14         ian.gold@iangoldlaw.com

15    On Behalf of the Defendant Anthony Goncalves:

16         SWOMLEY & TENNEN, LLP
           By: John G. Swomley, Esq.
17         50 Congress Street, Suite 600
           Boston, Massachusetts 02109
18         617-227-9443
           jswomley@swomleyandtennen.com
19
      On Behalf of the Defendant Carlos Antunes:
20
           CARLOS JORGE DOMINGUEZ, ESQ.
21         90 Canal Street, 4th Floor, Suite 400
           Boston, Massachusetts 02114
22         617-742-2824
           dmngzcarlos@aol.com
23

24     (Appearances continued on the following page.)

25
```

```
 1   APPEARANCES (Continued):

 2   On Behalf of the Defendant Jermaine Gonsalves:

 3        KEITH S. HALPERN, ESQ.
          572 Washington Street, Suite 19
 4        Wellesley, Massachusetts 02482
          617-722-9952
 5        ksh@keithhalpern.com

 6   On Behalf of the Defendant Jose Perez Felix:

 7        VICTORIA R. KELLEHER, ESQ.
          One Marina Park Drive, Suite 1410
 8        Boston, Massachusetts 02109
          978-744-4126
 9        victoriouscause@gmail.com

10   On Behalf of the Defendant Anthony Tsina:

11        INGA PARSONS, ATTORNEY AT LAW
          3 Besson Street, #234
12        Marblehead, Massachusetts 01945
          781-581-2262
13        inga@ingaparsonslaw.com

14   On Behalf of the Defendant

15        Law Office of Austin C. Tzeng
          By:  Austin C. Tzeng, Esq.
16        21 Mayor Thomas J. McGrath Highway, Suite 501
          Quincy, Massachusetts 02169
17        781-929-4882
          tzengdefense@gmail.com
18

19

20

21

22

23            Proceedings recorded by sound recording and
                produced by computer-aided stenography.
24

25
```

```
 1                    P R O C E E D I N G S
 2          (Recording begins at 2:32:55)
 3          THE CLERK:  The United States District Court for the
 4   District of Massachusetts is now in session, the Honorable
 5   Marianne B. Bowler presiding.  Today is March the -- what is
 6   it? -- 16th, 2020, in the case of the United States versus
 7   Goncalves, Criminal 18-10468.
 8          Will counsel please identify themselves for the
 9   record.
10          MS. PORTER:  Good afternoon, Your Honor.  Alathea
11   Porter on behalf of the United States.
12          THE COURT:  Thank you very much.
13          All right.  Going --
14          MR. SWOMLEY:  John Swomley for Tony Goncalves.
15          THE COURT:  Okay.  I'm going to go down the list.
16          For Cody Goncalves?
17          MR. GOLD:  Ian Gold for Cody Goncalves.
18          THE COURT:  Thank you.
19          For Anthony Goncalves?
20          MR. SWOMLEY:  John Swomley for Tony Goncalves.
21          THE COURT:  Thank you.
22          For Calvin Mendes?
23          MS. PORTER:  Your Honor, he's already pled guilty.
24   He's out of the case.
25          THE COURT:  Thank you.
```

```
 1              For Carlos Antunes?
 2              MR. DOMINGUEZ:  Carlos Dominguez on behalf of Carlos
 3   Antunes.
 4              THE COURT:  I didn't hear you.
 5              MR. DOMINGUEZ:  Carlos Dominguez on behalf of Carlos
 6   Antunes.
 7              THE COURT:  Thank you.
 8              For Jermaine Gonsalves?
 9              MR. HALPERN:  Keith Halpern for Jermaine Gonsalves.
10              THE COURT:  Thank you.
11              For Jose Perez Felix?
12              MS. KELLEHER:  Victoria Kelleher for Jose Perez Felix.
13              THE COURT:  Thank you.
14              For Yonatan Lara?
15              MS. PORTER:  Your Honor, he is also scheduled to plead
16   guilty tomorrow, so I don't believe Mr. Iovieno is
17   participating in today's call.
18              THE COURT:  All right.
19              For Edward Chapman?
20              MS. PORTER:  He has also pled guilty, Your Honor.
21              THE COURT:  All right.  For Anthony Tsina?
22              MS. PARSONS:  Inga Parsons, appointed counsel for
23   Mr. Tsina.
24              THE COURT:  I didn't hear you.
25              MS. PARSONS:  Inga Parsons on behalf of Mr. Tsina.
```

1                THE COURT:  Thank you.
2                For Luis Alfredo Baez?  Luis Alfredo Baez?
3                MS. PORTER:  Your Honor, this is Alathea Porter for
4    the government.  Mr. Baez has also just scheduled his Rule 11,
5    which Judge Gorton just scheduled for May 21st, so I don't
6    believe Ms. Glaser is participating in today's conference.
7                THE COURT:  All right.  For Luis Mejia Guerrero?
8                MR. TZENG:  Austin Tzeng for Mr. Guerrero.  Good
9    afternoon.
10               THE COURT:  Thank you.
11               And for Cesar Rodriguez-Sanquentin?
12               MS. PORTER:  Your Honor, he has also pled guilty
13   already.
14               THE COURT:  All right.  Does the government want to be
15   heard?
16               MR. BENZAKEN:  Your Honor, I have not been called.
17   It's Jason Benzaken on behalf of Djuna Goncalves.
18               THE COURT:  Thank you.
19               MR. BENZAKEN:  Thank you.
20               THE COURT:  Does the government want to bring me up to
21   date?
22               MS. PORTER:  Yes, Your Honor.  Thank you.
23               So the government has completed automatic discovery.
24   I believe that at this point there may be a handful of defense
25   who -- defendants who would like some additional time.  So

```
 1   given the current state we're in, we're not replying to any --
 2   there aren't any outstanding discovery motions, I should say,
 3   as far as I'm aware.  It may make sense to refer the case up to
 4   the District Court, understanding we probably won't actually be
 5   seen in front of the District Court for a few weeks at least,
 6   but if there are certain defendants who would like one more
 7   session in front of Your Honor, the government does not object.
 8             THE COURT:  All right.  Anybody who wishes to stay in
 9   this session for another 60 days, identify yourself.
10             MS. KELLEHER:  Your Honor, this is Victoria Kelleher
11   for Jose Perez Felix.
12             MS. PARSONS:  Inga Parsons on behalf of Mr. Tsina.
13             MR. HALPERN:  Keith Halpern --
14             MR. SWOMLEY:  John Swomley on behalf of Djuna -- on
15   behalf of Tony Goncalves.
16             MR. HALPERN:  Keith Halpern for Jermaine Goncalves.
17             MR. BENZAKEN:  Jason Benzaken for Djuna Goncalves.
18             MR. DOMINGUEZ:  Carlos Dominguez for Carlos Antunes.
19             MR. TZENG:  Austin Tzeng for Luis Guerrero.
20             THE COURT:  All right.  I think -- I did not hear from
21   Mr. Gold; is that correct?
22             MR. GOLD:  Oh, no.  Ian Gold for Cody Goncalves.  I
23   think I might have spoken over someone.
24             THE COURT:  All right.  So as best I can see of the
25   group that are on the line today, everyone wants to go another
```

```
 1   60 days?
 2            MR. BENZAKEN:  Yes, Your Honor.
 3            THE COURT:  And do you all agree to exclude the time
 4   in the interests of justice?
 5            (All answer affirmatively.)
 6            THE COURT:  And Mr. Putnam, may we have --
 7            (No recording from 2:37:53 to 2:42:55)
 8            THE COURT:  All right.  We stand in recess.  And
 9   again, please be safe.
10            MS. PORTER:  Thanks very much, Your Honor.
11            MR. HALPERN:  You, too, Your Honor.
12            THE COURT:  Thank you.
13            (Recording ends at 2:43:11)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                 CERTIFICATE OF OFFICIAL REPORTER

 2

 3            I, Linda Walsh, Registered Professional Reporter

 4   and Certified Realtime Reporter, in and for the United States

 5   District Court for the District of Massachusetts, do hereby

 6   certify that the foregoing transcript is a true and correct

 7   transcript of the audio-recorded proceedings held in

 8   the above-entitled matter, to the best of my skill and ability.

 9            Dated this 21st day of November, 2022.

10

11

12                 /s/ Linda Walsh

13                 Linda Walsh, RPR, CRR

14                 Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```