```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


                                           )
 UNITED STATES OF AMERICA,                 )
                                           )
         Plaintiff,                        )
                                           ) Criminal Action
 v.                                        ) No. 18-CR-10468-NMG
                                           ) Pages 1 to 13
 DJUNA GONCALVES, CODY GONCALVES,          )
 ANTHONY GONCALVES, CALVIN MENDES,         )
 CARLOS ANTUNES, OZAIR PEREIRA,            )
 JERMAINE GONSALVES, ANGELO PINA,          )
 JOSEPH GREENE, BRIAN DONAHUE,             )
                                           )
         Defendants.                       )
                                           )


          BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE


                      STATUS CONFERENCE
                       Digital Recording


                      February 7, 2019



         John J. Moakley United States Courthouse
                    One Courthouse Way
              Boston, Massachusetts 02210




                   Linda Walsh, RPR, CRR
                  Official Court Reporter
         John J. Moakley United States Courthouse
              One Courthouse Way, Room 5205
                Boston, Massachusetts 02210
                   lwalshsteno@gmail.com
```

```
 1     APPEARANCES:

 2     On Behalf of the Government:

 3         UNITED STATES ATTORNEY'S OFFICE
           By: AUSA Christopher J. Pohl
 4         1 Courthouse Way, Suite 9200
           Boston, Massachusetts 02210
 5         617-748-3196
           christopher.pohl@usdoj.gov
 6
       On Behalf of the Defendant Djuna Goncalves:
 7
           BENZAKEN AND WOOD, LLP
 8         By:  Jason G. Benzaken, Esq.
           1342 Belmont Street, Suite 102
 9         Brockton, Massachusetts 02301
           508-897-0001
10         jbenzaken@bmswlaw.com

11     On Behalf of the Defendant Cody Goncalves:

12         IAN GOLD, ATTORNEY AT LAW
           185 Devonshire Street, Suite 302
13         Boston, Massachusetts 02110
           617-297-7686
14         ian.gold@iangoldlaw.com

15     On Behalf of the Defendant Anthony Goncalves:

16         SWOMLEY & TENNEN, LLP
           By: John G. Swomley, Esq.
17         50 Congress Street, Suite 600
           Boston, Massachusetts 02109
18         617-227-9443
           jswomley@swomleyandtennen.com
19
       On Behalf of the Defendant Calvin Mendes:
20
           ZALKIND DUNCAN & BERNSTEIN
21         By: Monica R. Shah, Esq.
           65a Atlantic Avenue
22         Boston, Massachusetts 02110
           617-742-6020
23         mshah@zalkindlaw.com

24      (Appearances continued on the next page.)

25
```

```
 1    APPEARANCES (Continued):

 2    On Behalf of the Defendant Carlos Antunes:
      (Standing in for Attorney Liston)
 3
           TODD & WELD
 4         By: Daniel J. Cloherty, Esq.
           One Federal Street, 27th Floor
 5         617-720-2626
           dcloherty@toddweld.com
 6
      On Behalf of the Defendant Ozair Pereira:
 7    (Standing in for Attorney Weinstein)

 8         TODD & WELD
           By: Daniel J. Cloherty, Esq.
 9         One Federal Street, 27th Floor
           617-720-2626
10         dcloherty@toddweld.com

11    On Behalf of the Defendant Jermaine Gonsalves:
      (Standing in for Attorney Halpern)
12
           JOAN M. GRIFFIN, ESQ.
13         P.O. Box 133
           Dublin, NH 03444
14         617-283-0954
           griffin@lawjmg.com
15
      On Behalf of the Defendant Angelo Pina:
16
           JOAN M. GRIFFIN, ESQ.
17         P.O. Box 133
           Dublin, NH 03444
18         617-283-0954
           griffin@lawjmg.com
19
      On Behalf of the Defendant Joseph Greene:
20
           TODD & WELD
21         By: Daniel J. Cloherty, Esq.
           One Federal Street, 27th Floor
22         617-720-2626
           dcloherty@toddweld.com
23


24    (Appearances continued on the next page.)

25
```

```
 1   APPEARANCES (continued):

 2   On Behalf of the Defendant Brian Donahue:
     (Standing in for John Cunha)
 3
         CUNHA & HOLCOMB, PC
 4       By: Charles Hope, Esq.
         One State Street, Suite 500
 5       Boston, Massachusetts 02109
         617-523-4300
 6       cunha@cunhaholcomb.com
```

                    Proceedings recorded by sound recording and
                       produced by computer-aided stenography.

```
 1                    P R O C E E D I N G S
 2            (Recording begins at 2:24:30)
 3            THE CLERK:  The United States District Court for the
 4   District of Massachusetts is now in session, the Honorable
 5   Marianne B. Bowler presiding.  Today is February the 7th, 2019,
 6   in the case of United States versus Goncalves, et al., Criminal
 7   18-10468, which will now be heard before the Court.
 8            Will counsel please identify themselves.
 9            MR. POHL:  Good afternoon, Your Honor.  Christopher
10   Pohl for the United States.
11            THE COURT:  All right.  I'm going to go down the list
12   the way they appear in the case list, so I think it will be
13   easier.
14            So for Djuna Goncalves?
15            MR. BENZAKEN:  Good afternoon, Your Honor.  Jason
16   Benzaken for Djuna Goncalves.
17            THE COURT:  I'm sorry about the pronunciation.
18            Cody Goncalves?
19            MR. GOLD:  Goncalves, Your Honor.
20            THE COURT:  Goncalves.
21            MR. GOLD:  Ian Gold on behalf of Cody Goncalves, who
22   is present in court beside me.
23            THE COURT:  All right.  And Anthony Goncalves?
24            MR. SWOMLEY:  John Swomley for Tony Goncalves.
25            THE COURT:  Thank you very much.
```

1            Calvin Mendes?
2            MS. SHAH:  Monica Shah for Mr. Mendes.
3            THE COURT:  Thank you.
4            Carlos Antunes?
5            MR. POHL:  He's represented by Attorney Liston, Your
6    Honor.  I don't believe he's here.
7            THE COURT:  Linson?
8            MR. CLOHERTY:  Your Honor, I'm happy to stand in for
9    Mr. Liston.  I'm also standing for Mr. Weinstein as well.
10           THE COURT:  Linson or Liston?  We have both.
11           MR. POHL:  Liston.  I apologize.
12           THE COURT:  Michael Liston, all right.  Thank you very
13   much.
14           MR. CLOHERTY:  Sure.
15           Dan Cloherty here also standing in for Mr. Weinstein
16   on behalf of Ozair Pereira.
17           THE COURT:  All right.
18           MS. GRIFFIN:  The next, Your Honor, is Jermaine
19   Gonsalves.  Joan Griffin standing in for Keith Halpern.
20           THE COURT:  Thank you.
21           MS. GRIFFIN:  And also Joan Griffin for Angelo Pina,
22   who is here today.
23           THE COURT:  Thank you very much.
24           MR. CLOHERTY:  And Mr. Cloherty -- Dan Cloherty here
25   also on behalf of my client, Joseph Greene.

1      THE COURT:  Thank you.
2      And for Brian Donahue?
3      MR. HOPE:  Charles Hope standing in for John Cunha for
4  Mr. Donahue.
5      THE COURT:  Thank you very much.
6      All right.  Mr. Pohl, bring me up to date.
7      MR. POHL:  Thank you very much, Your Honor.
8      Your Honor, today counsel were provided in hand
9  approximately 1,200 documents that constitute the bulk of the
10 automatic discovery that I think we'll be providing in this
11 case.  That discovery includes the -- at least almost all of
12 the search warrants that were conducted during the
13 investigation and the returns, information from the 2014
14 seizures that were made from Djuna and Cody Goncalves at 12
15 Addison Avenue, a number of different scientific reports,
16 including laboratory certificates of analysis, ballistic
17 certificates of analysis, latent fingerprint analyses, and
18 documents of that nature, and portions, not all, but portions
19 of the affidavits that were submitted in connection with the
20 Title III that was granted to intercept communications from
21 Djuna Goncalves's phone.
22     I think within the next week the remainder of the
23 automatic discovery will be to counsel.  And that
24 really will -- that's being processed now, and it's -- I think
25 it's easier to produce -- if you're producing it in two

1  batches, it was easier for this batch to go as one batch, and
2  that remaining batch are the intercepted communications
3  themselves from Djuna Goncalves's cell phone as well as the
4  line sheets.
5  So we had a productive discussion before the Court
6  took the bench on sort of the best way to make sure that the
7  intercepted communications get to the prisons.  I think they'll
8  be produced to Wyatt or Plymouth at the same time that they're
9  produced to counsel next week.
10  And so, the automatic discovery letter that
11  accompanied the discovery I think pretty clearly sets out all
12  of the material that came in this clump today, and what is
13  about to come next week, as well as items that can be requested
14  if defense counsel choose.  The biggest item in that sort of
15  category is that agents used a pole camera, two different pole
16  cameras in the Addison neighborhood during the pendency of the
17  investigation.
18  The total amount -- it's a huge amount of data that
19  would require hard drives capable, I think, of holding up to
20  five terabytes of data to produce.  What we've produced today
21  are the surveillance reports that the agents wrote in
22  connection with this case.  Almost all of the surveillance
23  reports make clear that they were using the pole camera, at
24  least in part, to start the investigation.
25  THE COURT:  And they make reference to specific date

```
 1    and time?
 2              MR. POHL:  They do.  They do.
 3              So I think, you know, our references -- sort of our
 4    position is, of course any counsel that wants it is entitled to
 5    get it.  But I think when counsel gets an opportunity to go
 6    through the surveillance reports, some of the defendants appear
 7    in the pole camera quite often, some of them appear very
 8    frequently, some of them may only appear once or twice.
 9              So our view is take a look at this material, decide if
10    this is something that you want, and if it is, the
11    government --
12              THE COURT:  Can you assist defense counsel by
13    indicating to them, you know, your client is on a lot or not a
14    lot?
15              MR. POHL:  Sure, sure.  I think the surveillance
16    reports will do that, too.  But yes, I think that will be part
17    of the discovery between today and --
18              THE COURT:  Informally, just to make it a little
19    easier.
20              MR. POHL:  -- the next status conference, absolutely.
21    I think that's something that counsel can work out for
22    themselves.
23              So I told -- I got one or two emails from counsel this
24    week, you know, sort of inquiring about the status of
25    discovery.  I think, in a perfect world that didn't include the
```

1   January shutdown, all of this would have been done by today.
2   But I think by next week we'll sort of power our way through
3   that delay and that would -- I think at that point I'd be able
4   to send and state that automatic discovery is completed.
5           So with that, I'm happy to either answer questions the
6   Court has or respond to questions that defense counsel have.
7   But I think the bulk of material is in this, the disk today.
8   What didn't come today should be produced by next week.
9           Thank you.
10          THE COURT:  Do defense counsel want to be heard on any
11  of these issues at this time?  All right.
12          MR. HOPE:  Not on discovery, Your Honor, but
13  Mr. Donahue is in voluntary detention currently, and we'd be
14  asking for a detention hearing some afternoon next week.
15          THE COURT:  It's been continued many, many, many
16  times.
17          MR. HOPE:  I understand.
18          THE COURT:  Well, we'll do what we can for you the
19  first of the week, Monday or Tuesday.
20          MR. HOPE:  Thank you.
21          THE COURT:  So at the end, why don't you work with the
22  clerk here to see what you can get for timing.
23          MR. HOPE:  Thank you, Your Honor.
24          MR. SWOMLEY:  Mr. Anthony Goncalves would like a
25  detention hearing as well.  I am not available next week and

```
 1   it's my understanding Mr. Pohl is not available the week after
 2   that, and so we were tentatively in agreement on the 25th or
 3   the 26th.  I don't know remember which one we said.
 4            THE COURT:  I can do it after the 27th.
 5            MR. SWOMLEY:  After the 27th.
 6            THE COURT:  Unless you want to go to the emergency
 7   judge in the interim but --
 8            MR. SWOMLEY:  Well, I'm equally away from the 28th to
 9   the 4th.
10            THE COURT:  I mean, we could do it -- what about the
11   27th?  Can we do it the 27th?
12            THE CLERK:  Sure.
13            THE COURT:  Does the 27th work for you?
14            MR. SWOMLEY:  Yes.
15            THE COURT:  What time?
16            THE CLERK:  Let's say 2:30.  And this is for Anthony?
17            MR. SWOMLEY:  Yes, please.
18            THE CLERK:  Okay.
19            THE COURT:  Now, Mr. Pohl, that's okay with you?
20            MR. POHL:  It is.  Thank you very much, Your Honor.
21            MR. SWOMLEY:  Thank you.
22            THE COURT:  All right.  Can we pick a date 60 days out
23   for a further conference?  Mr. Putnam, what do you have?
24            THE CLERK:  Let's see.  April 3rd at 2:30.
25            THE COURT:  How does that work for counsel?  You
```

```
 1  never -- when we have large cases like this, it doesn't always
 2  work for everyone, but if you can arrange just to have coverage
 3  on the record.
 4          MS. GRIFFIN:  That's fine, Judge.
 5          THE COURT:  All right.  On behalf of those present and
 6  those who are standing in for those who are not here, do you
 7  all agree to exclude the time from today until the 3rd of
 8  April?
 9          (All answer in the affirmative.)
10          THE COURT:  Hearing no negatives, then, I will ask the
11  government to file an assented-to motion to that effect.
12          MR. POHL:  We will, Your Honor.  Thank you.
13          THE COURT:  Anything else?  All right.  We'll stand in
14  recess.
15          (Recording ends at 2:33:51)
16
17
18
19
20
21
22
23
24
25
```

```
 1              CERTIFICATE OF OFFICIAL REPORTER
 2
 3          I, Linda Walsh, Registered Professional Reporter
 4  and Certified Realtime Reporter, in and for the United States
 5  District Court for the District of Massachusetts, do hereby
 6  certify that the foregoing transcript is a true and correct
 7  transcript of the audio-recorded proceedings held in
 8  the above-entitled matter, to the best of my skill and ability.
 9              Dated this 21st day of November, 2022.
10
11
12              /s/ Linda Walsh
13              Linda Walsh, RPR, CRR
14              Official Court Reporter
```