```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


   * * * * * * * * * * * * *
   UNITED STATES OF AMERICA   *
                              *    CRIMINAL ACTION
                  v.          *    No. 18-10468-NMG
                              *
   DJUNA GONCALVES, ET AL.,   *
                              *
   * * * * * * * * * * * * *




          BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE
                 TELEPHONE STATUS CONFERENCE
                        May 18, 2022







                                    Courtroom No. 25
                                    (Via teleconference)
                                    1 Courthouse Way
                                    Boston, Massachusetts 02210




                        James P. Gibbons, RPR, RMR
                          Official Court Reporter
                      1 Courthouse Way, Suite 7205
                       Boston, Massachusetts  02210
                         jamesgibbonrpr@gmail.com
```

```
 1   APPEARANCES:
 2
         UNITED STATES ATTORNEY'S OFFICE, (By AUSA Alathea
 3   E. Porter) 1 Courthouse Way, Suite 9200,  Boston,
     Massachusetts, 02210, on behalf of the United States of
 4   America

 5       BENZAKIN AND WOOD, LLP, (By Jason G. Benzaken,
     Esq.) 1342 Belmont Street, Suite 102, Brockton,
 6   Massachusetts, 02301, on behalf of Djuna Goncalves

 7       IAN GOLD, ATTORNEY AT LAW, (By Ian Gold, Esq.) 185
     Devonshire Street, Boston, Massachusetts, 02110, on
 8   behalf of Cody Goncalves

 9       SWOMLEY & TENNEN, LLP, (By John G. Swomley, Esq.)
     50 Congress Street, Suite 600, Boston, Massachusetts
10   02109, on behalf of Anthony Goncalves

11       LAW OFFICES OF CARLOS JORGE DOMINGUEZ, (By Carlos
     Jorge Dominguez, Esq.) 4th Floor, Suite 400, 90 Canal
12   Street, Boston, Massachusetts, 02114, on behalf of
     Carlos Antunes
13
         LAW OFFICE OF KEITH S. HALPERN, (By Keith S.
14   Halpern, Esq.) 572 Washington Street, Suite 19,
     Wellesley, Massachusetts, 02482, on behalf of Jermaine
15   Goncalves

16       INGA PARSONS, ATTORNEY AT LAW, (By Inga Parsons,
     Esq.) 3 Besson Street #234, Marblehead, Massachusetts
17   01945, on behalf of Anthony Tsina

18       LAW OFFICE OF AUSTIN C. TZENG, (By Austin C. Tzeng,
     Esq.) Suite 501, 21 Mayor Thomas J. McGrath Highway,
19   Quincy, Massachusetts, 02169, on behalf of Luis Mejia
     Guerrero
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2                      (VIA TELECONFERENCE)
 3           THE COURT:  United States District Court is now in
 4   session, the Honorable Marianne B. Bowler presiding.
 5        Today's date is May 18, 2020, in the case of USA versus
 6   Goncalves, et al., Criminal Action No. 18-10468.
 7        Will counsel please identify yourselves for the record
 8   starting with the government.
 9           MS. PORTER:  Good afternoon, your Honor.  Alathea
10   Porter on behalf of the United States.
11           THE COURT:  Thank you.
12        I'm going to go down the line.  It will be easier for
13   me to keep track of who is present.
14        First, for Djuna Goncalves?
15           MR. BENZAKEN:  Good afternoon, your Honor.  Jason
16   Benzaken for Mr. Goncalves.
17           THE COURT:  Thank you.
18        For Cody Goncalves?
19           MR. GOLD:  Good afternoon, your Honor.  Ian Gold on
20   behalf of Cody Goncalves.
21           THE COURT:  Thank you.
22        For Anthony Goncalves?
23           MR. SWOMLEY:  Good afternoon, your Honor.  John
24   Swomley or Tony Goncalves.
25           THE COURT:  Thank you.
```

1         For Carlos Antunes?
2             MR. DOMINGUEZ:  Good afternoon, your Honor.  Carlos
3    Dominguez on behalf of Carlos Antunes.
4             THE COURT:  Thank you.
5         For Jermaine Goncalves?
6             MR. HALPERN:  Good afternoon, your Honor.  Keith
7    Halpern for Jermaine Goncalves.
8             THE COURT:  For Anthony Tsina?
9             MS. PARSONS:  Good afternoon, your Honor.  Inga
10   Parsons on behalf of Mr. Tsina.
11            THE COURT:  Thank you.
12        And for Luis Mejia Guerrero?
13            MR. TZENG:  Good afternoon, your Honor.  Austin
14   Tzeng for Mr. Guerrero.
15            THE COURT:  Thank you very much.
16        Well, let me hear from the government first.
17            MS. PORTER:  Thank you, your Honor.
18        Automatic discovery has been complete for quite some
19   time.  I believe the last time the government received any
20   discovery requests was last year.  All of those have been
21   responded to.
22        The government did reach out to the defendants to ask
23   what they were looking for at this point.  I think we were
24   last before you in March when everyone -- when the world
25   sort of changed and everyone was starting to be home, and

1    everyone had asked for an additional 60 days.
2        I've only heard at this time from a handful of people,
3    some of whom are looking for an additional 60 days, and at
4    least one defendant who is looking for a motion date for
5    filing motions to suppress.
6        At this point, your Honor, we are all in a unique
7    situation that we haven't been in before, but the case has
8    been pending quite some time, and the government has not had
9    any discovery requests for quite some time.
10       So in light of that, the government asks that the Court
11   set a final status conference date for certain 60 days from
12   now, which would also be a date for filing motions to
13   suppress, and at which time the case would be referred up to
14   the trial judge.
15           THE COURT:  Any objection from defense counsel?
16       (No response.)
17           THE COURT:  All right.  Hearing no objection,
18   Ms. Belpedio, can I have a date in about 60 days?
19           THE CLERK:  Friday July 17 at two o'clock.
20           THE COURT:  All right.
21       And do all those present on behalf of your client agree
22   to exclude the time from today until the 17th of July?
23           MR. BENZAKEN:  Yes, your Honor.
24           MR. GOLD:  Yes, your Honor.
25           MR. SWOMLEY:  Yes.

```
 1                MR. DOMINGUEZ:  Yes, your Honor.
 2                MR. HALPERN:  Yes.
 3                THE COURT:  No negatives.
 4          All right.  That will be the deadline for filing
 5    motions to suppress.  So at that point we will have a final
 6    conference, and I will be able to send it up with a final
 7    report indicating that the motions to suppress have been
 8    filed and whether or not the defendants intend to have a
 9    trial or plead.
10          Anything else you want to bring to my attention?
11                MR. BENZAKEN:  Not from the defense, your Honor,
12    for Mr. Goncalves.
13                THE COURT:  All right.
14          And the government will file an assented-to motion to
15    exclude the time from today until July 17?
16          (Pause in proceedings.)
17                THE COURT:  Yes?
18                MS. PORTER:  Sorry.  I was on moot.
19          Yes, I will, your Honor.
20                THE COURT:  All right.
21          Anything else, counsel?
22                MS. PORTER:  Nothing from the government.  Thank
23    you.
24                MR. GOLD:  No.  Thank you.
25                MS. PARSONS:  No.  Thank you, your Honor.
```

1        THE COURT:  All right.  Please stay safe and stay
2  well.
3        MR. DOMINGUEZ:  Likewise, your Honor.
4        MS. PORTER:  Thank you.  You too, your Honor.
5        MR. GOLD:  Thank you, your Honor.
6     (Proceedings adjourned.)
7
8                    **C E R T I F I C A T E**
9
10     I, James P. Gibbons, Official Court Reporter for the
11  United States District Court for the District of
12  Massachusetts, do hereby certify that the foregoing pages
13  are a true and accurate transcription of my shorthand notes
14  taken in the aforementioned matter to the best of my skill
15  and ability.
16
       /s/James P. Gibbons              November 22, 2022
17          James P. Gibbons
18
19
20
            JAMES P. GIBBONS, CSR, RPR, RMR
21             Official Court Reporter
            1 Courthouse Way, Suite 7205
22           Boston, Massachusetts 02210
              jamesgibbonsrpr@gmail.com
23
24
25