Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Joseph Greene   **Case Number:** 0101 1:18CR10468-NMG

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** June 15, 2020

**Date of 1st Revocation Hearing:** January 18, 2022

**Original Offense:** Conspiracy to Distribute and to Possess with Intent to Distribute 100 Grams or More of Heroin, 400 Grams or More of Fentanyl, Cocaine, Cocaine Base, and Marijuana, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841 (b)(1)(C)

**Original Sentence:** 26 Days of custody followed by 36 Months supervised release

**First Revocation Sentence:** 1 Month of custody followed by 16 Months of supervised release

**Type of Supervision:** Supervised Release   **Date of 1st Term of Supervision Commenced:** June 18, 2020

**Date of 2nd Term of Supervision Commenced:** February 18, 2022

## NON-COMPLIANCE SUMMARY

**Violation Number**   **Nature of Noncompliance**

I. **Violation of Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two additional drug tests during the term of supervision, but not more than 104 drug tests per year thereafter, as directed by the probation officer.**

   A. On April 12, 2023, Mr. Greene failed to appear for scheduled drug testing.

   B. On April 6, 2023, Mr. Greene failed to appear for scheduled drug testing.

   C. On March 23, 2023, Mr. Greene submitted a drug test that returned positive for Oxycodone, Marijuana, and Buprenorphine. Mr. Greene does not have a prescription for Oxycodone or Buprenorphine. Evidence of this violation is supported by officer testimony, chain of custody and results from the National Lab.

   D. On March 13, 2023, Mr. Greene failed to appear for scheduled drug testing.

U.S. Probation Officer Action:

This officer spoke to Mr. Greene about his non-compliance. Mr. Greene admitted to using Percocet and Suboxone. As a result of this non-compliance, Mr. Greene's testing frequency has been increased. Probation is

also working with Mr. Greene to return to medication assisted treatment. Since the missed test of April 12, 2023, Mr. Greene he submitted three negative drug tests.

Probation is not seeking any action from the Court given Mr. Greene admitted using and is amenable to re-engaging in medicated assisted treatment given his relapse. Probation is attempting to provide Mr. Greene an opportunity to return to compliance with his conditions of release. Should Mr. Greene commit any additional violations, Your Honor will be notified promptly. If Your Honor agrees with this course of action, please indicate in the appropriate space below.

Reviewed/Approved by:                                                    Respectfully submitted,

*/s/ Gina Affsa*                                                                    */s/ Julianne Robinson*
Gina Affsa                                                                       by  Julianne Robinson
Supervisory U.S. Probation Officer                                U.S. Probation Officer
                                                                                           Date:  5/24/2023

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ]   Approved
[  ]   Submit a Request for Modifying the Conditions or Term of Supervision
[  ]   Submit a Request for Warrant or Summons
[  ]   Other

_____
Honorable Nathaniel M. Gorton
 U.S. District Judge

_____
Date